**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HOLLY DENISE SIMENTAL,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendant.

Case No.: 1:26-cv-00600

Judge LaShonda A. Hunt

Magistrate Judge Jeannice W. Appenteng

**<u>AMENDED SCHEDULE A TO COMPLAINT</u>**

| No. | Defendant |
|-----|-----------|
| 1 | Happy hour art |

1