**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HOLLY DENISE SIMENTAL,

      Plaintiff,

v.

Happy hour art,

      Defendant.

Case No.: 1:26-cv-00600

Judge LaShonda A. Hunt

Magistrate Judge Jeannice W. Appenteng

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A [13] of the Complaint.

| No. | Defendant |
| --- | --- |
| 1 | Happy hour art |

This terminates the action.

DATED: March 27, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***